UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

May 8, 2008

Mr. Emmanuel Etere
430 Spur Drive North
Bay Shore, NY 11706

Jason Friedman, Esq.
Assistant Corporation Counsel
100 Church St.
New Ylork, NY  10007

    Re:   *Etere v. The City of New York, et al.,*
            No. 08 Civ. 2827 (LAP) (DF)

Dear Mr. Etere and Counsel:

    Judge Preska has referred this case to me for general pretrial supervision, and I have scheduled a case management conference on Thursday, May 29, 2008 at 10:00 a.m. The conference will take place at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

    Please note that you will be required to submit to my chambers, no later than May 29, a joint report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. At the case management conference, I will review that report and set a schedule for any remaining discovery. If there are other issues relating to case management that you would like me to address at the conference, please feel free to raise them at that time.

    If Plaintiff needs assistance with any court procedures, Plaintiff should contact the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the Pro Se Office is (212) 805-0175. The office does not accept collect calls.

                                     Very truly yours,

                                     Debra Freeman
                                   United States Magistrate Judge