UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

May 16, 2008

Mr. Emmanuel Etere
430 Spur Drive North
Bay Shore, NY 11706

Jason Friedman, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

    Re:   *Etere v. The City of New York, et al.,*
           No. 08 Civ. 2827 (LAP) (DF)

Dear Mr. Etere and Counsel:    **MEMO ENDORSED**

    This will confirm that the initial case management conference scheduled for May 29, 2008, has been rescheduled to Tuesday, June 3, 2008 at 11:30 a..m. The conference will take place at the United States Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom 17A.

    If plaintiff needs assistance with any court procedures, plaintiff should contact the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the Pro Se Office is (212) 805-0175. The office does not accept collect calls.

                                          Very truly yours,

                                          Debra Freeman
                                          United States Magistrate Judge