UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EMMANUEL ETERE,

                      Plaintiff,

          -against-                             **SCHEDULING ORDER**

THE CITY OF NEW YORK, et al.,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
08-Civ. 2827 (LAP) (DF)

**DEBRA FREEMAN, United States Magistrate Judge:**

       The Court having held an initial pretrial conference on June 11, 2008 with Plaintiff, proceeding *pro se*, and counsel for Defendant, it is hereby ORDERED that the parties shall comply with the following schedule for pretrial proceedings in this action:

       1.      The parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made no later than June 25, 2008.

       2.      The parties' initial document requests and interrogatories shall be served no later than July 2, 2008.

       3.      Any motions to amend the pleadings or to join additional parties shall be served and filed no later than August 29, 2008.

       4.      The parties shall appear for a follow-up conference before the Court on Thursday, August 21, 2008, at 10:00 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

       5.      If Plaintiff needs assistance in understanding any of the procedural rules of this


6/20/08
Freeman

Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the *Pro Se* Office is (212) 805-0175.

Dated: New York, New York
June 20, 2008

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies mailed to:

Mr. Emmanuel Etere, *pro se*
430 Spur Drive North
Bay Shore, New York 11706

Jason Friedman, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007

2