USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMMANUEL ETERE,

                          Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                          Defendant.
------------------------------------------------------------X

08 Civ. 2827 (LAP) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a conference on August 21, 2008 with Plaintiff, proceeding *pro se*, and counsel for Defendants, it is hereby ORDERED, as stated on the record at that conference, that:

1. Defendants are directed to respond to Plaintiff's Request for Admissions and to respond to Plaintiff's outstanding initial document requests as discussed at the conference.

2. Further discovery in this action is stayed pending the outcome of Defendants' motion to dismiss, or further Order of this Court.

3. The parties shall appear for a follow-up conference before the Court on Thursday, October 23, 2008, at 10:30 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

4. If Plaintiff needs assistance in understanding any of the procedural rules of this Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office,

1

500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the *Pro Se* Office is (212) 805-0175.

Dated: New York, New York
       August 27, 2008

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

Copies to:

Mr. Emmanuel Etere, *pro se*
430 Spur Drive North
Bay Shore, New York 11706

Jason Friedman, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007